# UNITED STATES DISTRICT COURT

District of COLUMBIA

**FILED**
FEB 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

for the
Margaret I. Tildon
5020 Sheriff Rd., N.E.
Washington, D.C., 20019
(202) 398-8709
Plaintiff

V.

Lt. Gen. Keith B. Alexander, Director
Dept. of Defense, NSA
9800 Savage Rd., Ft. Meade, MD
20755-6000
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 0346

I, Margaret I. Tildon, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution? _____ Do you receive any payment from the institution? _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

   Are you currently employed?   ☑ Yes   ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.) Gross: Approx. $510.24; net: $439.38 (bi-weekly); D.C. Public Schools, 825 North Capitol St., N.E., Wash., D.C. 20002
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

In the past 12 twelve months have you received any money from any of the following sources?

a. Business, profession or other self-employment     ☐ Yes   ☑ No
b. Rent payments, interest or dividends              ☐ Yes   ☑ No
c. Pensions, annuities or life insurance payments    ☑ Yes   ☐ No
d. Disability or workers compensation payments       ☐ Yes   ☑ No
e. Gifts or inheritances                             ☐ Yes   ☑ No
f. Any other sources                                 ☐ Yes   ☑ No

RECEIVED
FEB -5 2008
Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes" describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

Life Insurance Company of the Southwest
P.O. Box 569080
Dallas, Texas 75356-9080
Net Surrender Value (prepared on 1/2/'06); $981.53. Not sure how much was received, but I think between $850-$950 was sent to me. I do not expect to receive any more funds from this tax sheltered annuity. (Policy Number was: 476130 X)

1. Do you have any cash or checking or savings accounts? ☒ Yes ☐ No

   If "Yes," state the total amount. $440.31

2. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No

   If "Yes," describe the property and state its value.
   1986 Buick Skyhawk - given to me by parents after both of them had had strokes. Mother passed in August, 2005. Estimated value: ($420 for 1986)
   1991 Toyota Tercel owned by me, which I purchased before leaving NSA. Estimated value: ($640 for 1991)

3. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

Feb. 4, 2008                    Margaret J. Tildon
_____                 _____
Date                            Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ | [signature] 2/21/08 |
| United States Judge  Date | United States Judge  Date |