UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Margaret I. Tildon | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-00346(RMC) |
| | ) ECF |
| Lt. Gen. Keith B. Alexander | ) |
| Department of Defense | ) |
| National Security Agency | ) |
|     Defendant | ) |
| _____ | ) |

NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez Special Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

Raymond A Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this  $^{23rd}$  day of April  I caused the foregoing  Notice to be served on Plaintiff, **Margaret I. Tildon,** via first class mail, postage prepaid addressed as follows:

Margaret I. Tildon
5020 Sheriff Road, N.E.
Washington, D.C. 20019-5539

                                                                                   Raymond A. Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150