## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Margaret I. Tildon )<br><br>Plaintiff )<br><br>v. )<br><br>Lt. Gen. Keith B. Alexander )<br>Department of Defense )<br>National Security Agency )<br><br>Defendant ) | Civil Action No. 1:08-cv-00346(RMC) |

Margaret I. Tildon )
)
Plaintiff )
)
v. )  **Civil Action No. 1:08-cv-00346(RMC)**
)
Lt. Gen. Keith B. Alexander )
Department of Defense )
National Security Agency )
)
Defendant )
_____ )

## TEMPORARY CHANGE OF ADDRESS

**THE CLERK OF THE COURT** will please enter the temporary change of

address for the plaintiff in the above-captioned case.

Respectfully submitted,

*Margaret I. Tildon*

Margaret I. Tildon
4621 Blaine Street, N.E.
Washington, D.C.  20019
(202) 398-4803

**RECEIVED**

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2008, I caused the foregoing to be served, first class mail, postage prepaid, addressed as follows:

Raymond A. Martinez
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530

Margaret I. Tildon
4621 Blaine Street, N.E.
Washington, D.C.  20019