UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Margaret I. Tildon               ) | |
|     Plaintiff,         ) | |
|         ) | Civil Action No. 08-00346 (RMC) |
| v.                               ) | ECF |
|         ) | |
| Lt. General B. Alexander, Director ) | |
|  National Security Agency,    ) | |
|         ) | |
|     Defendant.        ) | |
| _____) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

  The Clerk of the Court will please enter the appearance of Megan M. Weis, Special Assistant United States Attorney, and remove the appearance of Raymond A. Martinez, Special Assistant United States Attorney, as counsel for Defendant.

          ___/s/_____
          MEGAN M. WEIS
          Special Assistant United States Attorney
          Civil Division 555 4th St., NW
          Washington, D.C. 20530
          (202) 514-5134

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August 2008 a true and correct copy of the above Notice of Substitution of Counsel was sent via first class U.S. Mail, postage pre-paid to:

MARGARET I. TILDON pro se
4621 Blaine Street NE
Washington, DC 20019


\_\_/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C.  20530